# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SPARTA INSURANCE CO., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION: 17-00323-KD-M |
| ) | |
| VILLIE MOORE, *et al.*, ) | |
|     Defendants. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the following final Declaratory Judgment issue, in favor of Plaintiff and against Defendants, declaring as follows:

    1) a bona fide justiciable controversy exists among the parties which should be resolved;
    2) the relevant Sparta exclusion, as detailed in the Order on summary judgment, is clear and unambiguous; and
    3) Sparta does not have a duty to defend or indemnify Southeastern or Hollis for any of the underlying claims alleged by Moore.

**DONE** and **ORDERED** this the **18th** day of **July 2018.**

                      /s/ Kristi K. DuBose
                      **KRISTI K. DuBOSE**
                      **CHIEF UNITED STATES DISTRICT JUDGE**